UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

-------------------------------------------------------x
JOE HAND PROMOTIONS, INC.,

        Plaintiff,

    vs.                          CIVIL ACTION NO. 1:13-cv-00127

ROY DE LOS SANTOS, JR., ET. AL.,

        Defendants.
-------------------------------------------------------x

## CERTIFICATE OF INTERESTED PARTIES

COMES NOW, Plaintiff, Joe Hand Promotions, Inc., by its attorneys, Nichamoff & King, P.C., and files this its Certificate of Interested Parties, and respectfully shows that the following persons or entities may be financially interested in the outcome of this litigation:

1. Joe Hand Promotions, Inc.;

2. Roy De Los Santos, Jr., d/b/a Brownsville Elks Lodge 1032 and B.P.O.E. Brownsville #1032;

3. David P. Musso, d/b/a Brownsville Elks Lodge 1032 and B.P.O.E. Brownsville #1032;

4. Dillon E. Vanderford, d/b/a Brownsville Elks Lodge 1032 and B.P.O.E. Brownsville #1032;

5. Brownsville Elks Lodge 1032, d/b/a B.P.O.E. Brownsville #1032;

6. Zuffa, L.L.C., d/b/a Ultimate Fighting Championship;

7. Jekielek & Janis, L.L.P.; and

8. Nichamoff & King, P.C.

Respectfully submitted,

NICHAMOFF & KING, P.C.

/s/ Jamie King
Seth A. Nichamoff
Texas State Bar No. 24027568
Federal I.D. No. 27002
Jamie King
Texas State Bar No. 24043755
Federal I.D. No. 566838
2444 Times Boulevard, Suite 270
Houston, Texas 77005
Telephone: (713) 503-6706
Facsimile: (866) 712-1079

ATTORNEYS FOR PLAINTIFF,
JOE HAND PROMOTIONS, INC.